NVB 1007–7 (Rev. 7/18)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:   
ALFRED T. DEVAULT

BK−23−15008−abl  
CHAPTER 7

Debtor(s)

NOTICE OF REQUIREMENT  
TO FILE CERTIFICATION ABOUT A  
FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** to the above−entitled debtor(s):

1. Pursuant to 11 U.S.C. Section 727(a)(11), 11 U.S.C. Section 1328(g)(1), Fed.R.Bank.P. 1007(b)(7) and 4004(c)(1)(H), an individual debtor in a voluntary case under Chapter 7 or 13 must complete an instructional course <u>after</u> filing their petition concerning personal financial management.

    Effective December 1, 2013, the amendment to Fed. R. Bankr. P. 1007(b)(7) provides an individual debtor the option of having an approved personal financial management course provider notify the court directly that the debtor has completed a post−petition instructional course concerning personal financial management. The debtor should complete and file Official Form 423 only if the provider has not already notified the court of the debtor's completion of the course.

    In Chapter 7 cases, the deadline to file Official Form 423 is within 60 days after the first date set for the meeting of creditors under 11 U.S.C. Section 341 regarding completion of such a course. In Chapter 13 cases, the deadline to file Official Form 423 is no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under 11 U.S.C. Section 1328(b).

    The statement is to be prepared as prescribed by Official Form 423, Debtor's Certification About A Financial Management Course. In a joint case, both the husband and wife must complete a personal financial management course, and a statement certifying completion must be filed for each joint debtor. The debtor(s) must obtain the instructional course from a debtor education agency approved by the United States Trustee, and upon completion of the personal financial management course, the approved debtor education agency will provide a certificate for filing.

2. A list provided by the United States Trustee of "Approved Providers of Personal Financial Management Instructional Courses (Debtor Education) Pursuant to 11 U.S.C. Section 111" is available through the U.S. Trustee's web site at <u>www.usdoj.gov</u>.

3. **The debtor(s) in the above−entitled case has NOT filed the required statement certifying their completion of an instructional course after the filing of their bankruptcy petition concerning financial management.**

4. If a debtor meets all the other requirements for a discharge, but a statement certifying they have taken and completed an instructional course after the filing of their bankruptcy petition concerning financial management has not been filed, the case will be closed without a discharge.

5. After the closing of a case without a discharge, in order for a debtor to request the issuance of their Discharge of Debtor, the debtor will be required to file:

    1) An Ex−Parte Motion to Reopen Case and a proposed Order Reopening Case. These forms can be found on the court's web site at <u>www.nvb.uscourts.gov</u>, under Local Rules and Forms;

2) Official Form 423, Debtor's Certification About A Financial Management Course. This form can be found on the U.S. Court's web site at www.uscourts.gov under Services and Forms/Bankruptcy Forms.

The debtor will also be required to pay a filing fee for reopening their case. The amount of the case reopening fee changes from time to time; current fees can be found on the court's web site at www.nvb.uscourts.gov under Filing Fees and Requirements. The amount of the fee is also available from the Bankruptcy Clerk's Office. The Clerk's office does not accept cash.

Dated: 1/14/24

*Mary A Schott*

Mary A. Schott
Clerk of Court

**ATTENTION DEBTORS:**

Receive your court notices and orders by email through the DeBN program.
Same−day delivery. Convenient Access. Free.
Go to http://www.nvb.uscourts.gov for more information and to download the request form.

Copies sent via BNC to:
Debtor(s)
Attorney for Debtor(s)
U.S. Trustee
Trustee assigned to the case