United States Bankruptcy Court
District of Nevada

In re:  Case No. 23-15008-abl
ALFRED T. DEVAULT  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 1
Date Rcvd: Jan 16, 2024      Form ID: nfin      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + ALFRED T. DEVAULT, 4571 DOPO CT., LAS VEGAS, NV 89135-2542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ERIK C SEVERINO | on behalf of Debtor ALFRED T. DEVAULT erik@mylasvegaslawyers.com scott@mylasvegaslawyers.com;ana@mylasvegaslawyers.com;cathy@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com |
| TROY S. FOX | TrusteeFox@ficlegal.com  NV34@ecfcbis.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 3

NVB 1007−7 (Rev. 7/18)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                          BK−23−15008−abl
                                                                CHAPTER 7
ALFRED T. DEVAULT

               Debtor(s)                    NOTICE OF REQUIREMENT
                                            TO FILE CERTIFICATION ABOUT A
                                            FINANCIAL MANAGEMENT COURSE

**NOTICE IS GIVEN** to the above−entitled debtor(s):

1. Pursuant to 11 U.S.C. Section 727(a)(11), 11 U.S.C. Section 1328(g)(1), Fed.R.Bank.P. 1007(b)(7) and 4004(c)(1)(H), an individual debtor in a voluntary case under Chapter 7 or 13 must complete an instructional course <u>after</u> filing their petition concerning personal financial management.

   Effective December 1, 2013, the amendment to Fed. R. Bankr. P. 1007(b)(7) provides an individual debtor the option of having an approved personal financial management course provider notify the court directly that the debtor has completed a post−petition instructional course concerning personal financial management. The debtor should complete and file Official Form 423 only if the provider has not already notified the court of the debtor's completion of the course.

   In Chapter 7 cases, the deadline to file Official Form 423 is within 60 days after the first date set for the meeting of creditors under 11 U.S.C. Section 341 regarding completion of such a course. In Chapter 13 cases, the deadline to file Official Form 423 is no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under 11 U.S.C. Section 1328(b).

   The statement is to be prepared as prescribed by Official Form 423, Debtor's Certification About A Financial Management Course. In a joint case, both the husband and wife must complete a personal financial management course, and a statement certifying completion must be filed for each joint debtor. The debtor(s) must obtain the instructional course from a debtor education agency approved by the United States Trustee, and upon completion of the personal financial management course, the approved debtor education agency will provide a certificate for filing.

2. A list provided by the United States Trustee of "Approved Providers of Personal Financial Management Instructional Courses (Debtor Education) Pursuant to 11 U.S.C. Section 111" is available through the U.S. Trustee's web site at www.usdoj.gov.

3. **The debtor(s) in the above−entitled case has NOT filed the required statement certifying their completion of an instructional course after the filing of their bankruptcy petition concerning financial management.**

4. If a debtor meets all the other requirements for a discharge, but a statement certifying they have taken and completed an instructional course after the filing of their bankruptcy petition concerning financial management has not been filed, the case will be closed without a discharge.

5. After the closing of a case without a discharge, in order for a debtor to request the issuance of their Discharge of Debtor, the debtor will be required to file:

   1) An Ex−Parte Motion to Reopen Case and a proposed Order Reopening Case. These forms can be found on the court's web site at www.nvb.uscourts.gov, under Local Rules and Forms;

2) Official Form 423, Debtor's Certification About A Financial Management Course. This form can be found on the U.S. Court's web site at www.uscourts.gov under Services and Forms/Bankruptcy Forms.

The debtor will also be required to pay a filing fee for reopening their case. The amount of the case reopening fee changes from time to time; current fees can be found on the court's web site at www.nvb.uscourts.gov under Filing Fees and Requirements. The amount of the fee is also available from the Bankruptcy Clerk's Office. The Clerk's office does not accept cash.

Dated: 1/14/24

*Mary A Schott*

Mary A. Schott
Clerk of Court

**ATTENTION DEBTORS:**

Receive your court notices and orders by email through the DeBN program.
Same−day delivery. Convenient Access. Free.
Go to http://www.nvb.uscourts.gov for more information and to download the request form.

Copies sent via BNC to:
Debtor(s)
Attorney for Debtor(s)
U.S. Trustee
Trustee assigned to the case