**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 24-70340

Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ALFRED T. DEVAULT<br><br>Debtor. | Case No. 23-15008-abl<br><br>Chapter 7`<br><br>**REQUEST FOR SPECIAL NOTICE** |

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

COMES NOW, **TIFFANY & BOSCO, P.A.**, as attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), and hereby requests special notice of all events relevant to the above-referenced bankruptcy, including all pleadings or notices under the Federal Rule of Bankruptcy Procedures, the commencement of any adversary proceedings, the filing of any requests for hearings, objections and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

/././

/././

1

1  TIFFANY & BOSCO, P.A. requests that for all notice purposes and for inclusion in the master
2  mailing list in this case that the following be given to and served upon the undersigned at the following
3  address and telephone number:

**TIFFANY & BOSCO, P.A.**
c/o Regina A. Habermas, Esq.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
(702) 258-8200

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall constitute a waiver of any rights Creditor may be entitled to exercise.

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed. R. Bankr. Rule 7004. Creditor must be served directly and does not authorize TIFFANY & BOSCO, P.A., to act as its agent for purposes of service under Fed. R. Bankr. Rule 7004.

DATED this 22nd day of January, 2024.

**TIFFANY & BOSCO, P.A.**

By: /s/ Regina A. Habermas, Esq.
**REGINA A. HABERMAS, ESQ.**
Attorney for Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 24-70340

Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 23-15008-abl |
| ALFRED T. DEVAULT | Chapter 7` |
| Debtor. | **CERTIFICATE OF MAILING** |

**CERTIFICATE OF MAILING**

1. On January 22, 2024, I served the following document:

**REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X    a. ECF System

    Erik C Severino
    erik@mylasvegaslawyers.com
    Attorney for Debtor

    Troy S. Fox
    trusteefox@ficlegal.com
    Trustee

1

| | |
|---|---|
| 1 |     X  **b. United States mail, postage fully prepaid:** |
| 2 |       Alfred T. Devault |
| 3 |       4571 Dopo Ct.<br>      Las Vegas, NV  89135 |
| 4 |       Debtor |
| 5 | **I declare under penalty of perjury the foregoing is true and correct.** |
| 6 | DATED this 22nd day of January, 2024. |
| 7 | |
| 8 | By:   /s/ Michelle Benson |