TROY S. FOX, TRUSTEE
601 S. 10th St. Suite 202
Las Vegas, NV 89101
Phone: (702) 382-1007
Fax: (702) 382-1921
E-mail: TrusteeFox@FICLegal.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br>Alfredo T. Devault<br><br>Debtor(s). | Case No.: 23-15008-ABL<br><br>(X) AMENDED Report of Trustee at 341 Meeting<br>( ) Initial Report of Trustee in Asset Case<br>( ) Trustee's Report of No Distribution in No Asset Case |
|---|---|

**( X )  REPORT OF TRUSTEE AT 341 MEETING**
      1.  Date of Meeting 01/10/2024
      2.  ( X ) Meeting concluded
      3.  (  ) Meeting continued to

**(  )  INITIAL REPORT OF TRUSTEE IN ASSET CASE**
      1.  (  ) The trustee has found assets in this estate to be administered for the benefit of the creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.
      2.  (  ) Trustee request a Notice to File Claims be sent.

**( X )  TRUSTEE'S REPORT OF NO DISTRIBUTION IN NO ASSET CASE**
<u>Finding of No Assets.</u> As the trustee of the estate of the above-named debtor(s), I report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and there is no property available for distribution from the estate over that exempted by law.

Pursuant to FRBP 5009, I certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

DATED: January 22, 2024                                          /s/ Troy S. Fox
                                                                                                 Troy S. Fox, Trustee