Dear Bankruptcy Court    1/25/24

Ref: BK-23-15008-abl
Chapter 7

I have taken and completed both courses that were required for my bankruptcy. You can check with my attorney, Erik Severino, for verification.

Thanks

Alfred L. DeWitt
4571 Dopo Ct.
Las Vegas, NV 89135

aldevault@usa.com

cf: Bankruptcy Clerks office
300 Las Vegas Blvd. South
Las Vegas, NV 89101

RECEIVED AND FILED    DLS
JAN 29 2023
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK