Certificate Number: 06531-NV-DE-038142682

Bankruptcy Case Number: 23-15008



06531-NV-DE-038142682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2024, at 3:17 o'clock PM CST, Alfred T Devault completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: January 30, 2024

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor