NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−15008−abl |
| ALFRED T. DEVAULT | CHAPTER 7 |
| Debtor(s) | FINAL DECREE |

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that TROY S. FOX is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 9/5/24

Mary A. Schott
Clerk of Court